# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE LUNA, JR.,<br><br>        Plaintiff,<br><br>  v.<br><br>OFFICER LOLL, *et al.*,<br><br>        Defendants. | Case No. 1:21-cv-01291-AWI-BAM<br><br>ORDER DIRECTING SERVICE OF THE UNITED STATES MARSHAL WITHOUT PAYMENT OF COSTS |

      The Court previously found service of the second amended complaint appropriate for the following defendants: Officers Loll and Gomez of the Kings County Sheriff's Department. Accordingly, IT IS HEREBY ORDERED that:

    1. For each defendant to be served, the Clerk of the Court is directed to forward the following documents to the U.S. Marshal:

        a.    One completed and issued original summons;

        b.    One completed USM−285 form for each defendant to be served;

        c.    Two copies of the second amended complaint filed on April 14, 2022, plus one copy for the United States Marshal;

        d.    Two copies of this order, plus one copy for the United States Marshal;

    2. Within ninety days of the date of this Order, the United States Marshal shall:

a. Serve process and a copy of this order upon the defendants **Officer Loll**, Sheriff's Deputy, Kings County Sheriff's Department and **Officer Gomez**, Sheriff's Deputy, Kings County Sheriff's Department pursuant to Federal Rule of Civil Procedure 4 without prepayment of costs.

b. Within ten days after service is effectuated, the United States Marshal shall file the return of service for the defendants.

c. In the event the U.S. Marshal is unable, for any reason whatsoever, to effect service on defendants within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

IT IS SO ORDERED.

Dated:   **June 27, 2022**                   /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE